IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CIMC VEHICLES GROUP CO., LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-709 |
| | § | |
| DIRECT TRAILER, LP, DIRECT CHASSIS AND EQUIPMENT CO, | § | |
| | § | |
| Defendants, | § | |

### ORDER

Having reviewed the Magistrate Judge's Amended Memorandum and Recommendation and the objections thereto, the court is of the opinion that the Amended Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Amended Memorandum and Recommendation is hereby **ADOPTED** by this court.

The court concludes that this case is appropriate for mediation. Therefore, this case is removed from the October docket call, and the deadline for submission of the pretrial order is cancelled.

If the parties cannot settle this case within thirty days, they are to notify the court of the name, address, and telephone number of an agreed mediator, whom the court will then appoint. Until the parties complete mediation, the court will not rule on any pending motion.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 12th day of September, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE